IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 3:09cr21DPJ-LRA

THEDDIS MARCEL PEARSON, and
TELANDRA GAIL JONES

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against the defendants, THEDDIS MARCEL PEARSON and TELANDRA GAIL JONES, without prejudice.

                                               STAN HARRIS
                                               United States Attorney

Date: October 15, 2009                    s/ *J. Scott Gilbert*
                                     By:    J. SCOTT GILBERT
                                                 Assistant United States Attorney
                                                 Mississippi Bar No. 102123

Leave of Court is granted for the filing of the foregoing dismissal.

**SO ORDERED** this the 15th day of October, 2009.

                                           s/ *Daniel P. Jordan III*
                                           UNITED STATES DISTRICT JUDGE